**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

LAUREN M. LEVINE
Partner
Licensed in NY, NJ
Email: llevine@garfunkelwild.com
Direct Dial: (516) 393-2240

**FILE NO.:** 00255.1409

January 25, 2018

**By ECF**

Magistrate Judge Anne Y. Shields
100 Federal Plaza
Courtroom 830
P.O. Box 830
Central Islip, New York 11722

Re: *Norwick, et al v. The Research Foundation for The State University of New York, et al* (2:17-cv-05415) (DRH/AYS)

Dear Judge Shields:

This office represents Defendant SB Clinical Practice Management Plan, Inc. in the referenced matter.

We write to respectfully request an adjournment of the Initial Conference currently scheduled for February 21, 2018. Plaintiffs' counsel and counsel for Defendant The Research Foundation for The State University of New York have consented to this request. All parties are available on March 1, March 2, and March 9.

This is the first request for an adjournment of the Initial Conference.

Respectfully submitted,

*s/ Lauren M. Levine*

Lauren M. Levine

cc: All Counsel of Record *(by ECF)*