## DISCOVERY PLAN WORKSHEET
(Please be advised that the Court's Individual Rules include additional forms to be used in cases involving claims of adverse employment or FLSA violations.)
### Tier I Pre-Settlement Discovery

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations:     April 2, 2018

Completion date for Phase I Discovery
as agreed upon by the parties:     April 2, 2018
*(Reciprocal and agreed upon document production,
generally not including depositions, unless otherwise agreed.
No more than 30 days after Initial Conference)*

*as part of Phase I Discovery, the parties will exchange documents pursuant to the initial discovery protocols for employment cases alleging adverse action (Appendix E of the Court's Rules)

Status conference TBD by the court:
*(Generally 15 days post Tier I Discovery)*

### Tier II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:     May 2, 2018
*(Presumptively 15 days post status conference)*

First requests for production of documents
and for interrogatories due by:     May 17, 2018
*(Presumptively 15 days post joining/amending)*

All fact discovery completed by:     September 5, 2018
*(Presumptively 3.5 months post first
requests for documents/interrogatories)*

Exchange of expert reports completed by:     October 5, 2018
*(Presumptively 30 days post fact discovery)*

Expert depositions completed by:     November 5, 2018
*(Presumptively 30 days post expert reports)*

Final date to take first step in dispositive motion practice:     December 5, 2018
*(Parties are directed to consult the District Judge's
individual rules regarding such motion practice.
Presumptively 30 days post expert depositions)*

**COMPLETION OF ALL DISCOVERY BY:**     November 30, 2018
*(Note: Presumptively 9 months after Initial Conference.)*

Submission of joint pre-trial order:

Final Pre-Trial Conference TBD by the court: