| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>          U.S. MAGISTRATE JUDGE | DATE: 3/1/2018<br>TIME: 10:30 AM<br>FTR: 10:37-10:40 |

CASE: **CV 17-5415 (DRH) (AYS)** Norwick et al v. The Research Foundation for the State University of New York, et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:     Plaintiff     <u>Allan Sclar</u>

                 Defendant    <u>Samantha N. Tomey</u>
                              <u>Christopher Ashley</u>

**THE FOLLOWING RULINGS WERE MADE:**
- ☐ Scheduling Order entered.
- ☐ Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
- ☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
- ☒ Other:

**Rulings by the Court:**

This is an action in which plaintiffs allege employment discrimination in violation of the ADEA, ADA and Title VII, against defendants, their former employers. The parties' proposed Discovery Plan submitted under Docket Entry No. 22 is adopted as the Scheduling Order for this matter with the following modification: An in-person status conference is scheduled for September 27, 2018 at 10:30 AM in courtroom 830. If the parties would like to schedule a settlement conference, counsel should include such a request in a joint letter as well as three proposed dates that all counsel and clients are available for an in-person conference.

                                                            SO ORDERED

                                                            /s/ Anne Y. Shields
                                                            ANNE Y. SHIELDS
                                                            United States Magistrate Judge